USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/08/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDWARD LEA et al.,

                                                Plaintiffs,                          18CV5480 (LAP) (KHP)

        -against-                                                ORDER SCHEDULING
                                                               MANAGEMENT CONFERENCES

TAL EDUCATION GROUP et al.,

                                               Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A series of telephonic Case Management conferences in this matter are hereby scheduled for the following dates. **The parties shall file a joint status letter that includes agenda items three business days in advance of each conference. The letters shall be no more than five pages in length.** Counsel is directed to call into the court conference line at the scheduled times. **Please dial (866) 434-5269 Code: 4858267.**

    **Wednesday, March 31, 2021 at 2:00 p.m.**

    **Wednesday, April 28, 2021 at 2:00 p.m.**

    **Wednesday, May 26, 2021 at 2:00 p.m.**

    **Wednesday, June 30, 2021 at 2:00 p.m.**

    **Wednesday, July 28, 2021 at 10:00 a.m.**

    **Wednesday, August 25, 2021 at 10:00 a.m.**

    **Wednesday, September 29, 2021 at 10:00 a.m.**

**Wednesday, October 27, 2021 at 10:00 a.m.**

**Wednesday, November 17, 2021 at 10:00 a.m.**

**Wednesday, December 15, 2021 at 10:00 a.m.**

**SO ORDERED.**

Dated: January 8, 2021
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge