**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TAL EDUCATION GROUP SECURITIES LITIGATION | Case No. 1:18-cv-05480-LAP-KHP |

**DECLARATION OF KARA M. WOLKE IN SUPPORT OF: (I) PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) CERTIFICATION OF THE SETTLEMENT CLASS; AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

I, Kara M. Wolke, declare the following pursuant to 28 U.S.C. §1746:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and I am admitted *pro hac vice* in this action. I am a partner in the law firm of Glancy Prongay & Murray LLP, Lead Counsel for that Lead Plaintiffs Edward Lea and Dios Asset Management PTE. LTD (collectively, "Plaintiffs") in the above-entitled action. I make this declaration in support of Plaintiffs' Unopposed Motion for: (I) Preliminary Approval of Class Action Settlement; (II) Certification of the Settlement Class; and (III) Approval of Notice to the Settlement Class. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. Attached as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement dated June 24, 2021.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Janeen McIntosh and Svetlana Starykh, and titled *Recent Trends in Securities Class Action Litigation: 2020 Full-Year Review*.

I declaration under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of June, 2021, in Los Angeles, California.

*/s/ Kara M. Wolke*
Kara M. Wolke

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of June 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Kara M. Wolke*
Kara M. Wolke