UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDWARD LEA et al.,

                                        Plaintiffs,                   **18CV5480 (LAP) (KHP)**

                    -against-                            **ORDER ADJOURNING CASE**
                                                                       **MANAGEMENT CONFERENCE**

TAL EDUCATION GROUP et al.,

                                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the propose class action settlement paperwork filed on June 25, 2021 (ECF Nos. 72, 73, 74, and 75) the Case Management Conference currently scheduled for **June 30, 2021** is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: June 29, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge