USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDWARD LEA et al.,

                                  Plaintiffs,                      **18CV5480 (LAP) (KHP)**

        -against-                                  **ORDER ADJOURNING CASE**
                                                                    **MANAGEMENT CONFERENCE**

TAL EDUCATION GROUP et al.,

                                    Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Case Management Conference in this matter currently scheduled for **August 25, 2021** is hereby adjourned *sine die*.

        SO ORDERED.

Dated: August 24, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge