USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EDWARD LEA et al.,

                            Plaintiffs,

          -against-

TAL EDUCATION GROUP et al.,

                            Defendants.
----------------------------------------------------------------X

18-CV-5480 (LAP) (KHP)

**ORDER ADJOURNING CASE**
**MANAGEMENT CONFERENCES**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 2, 2021, the Court granted preliminary approval of the parties' settlement of this action and set a final approval Fairness hearing for November 30, 2021. (ECF No. 77.) In light of the pending settlement, a series of telephonic case management conferences in this matter are adjourned for the following dates: Wednesday, September 29, 2021 at 10:00 a.m.; Wednesday, October 27, 2021 at 10:00 a.m.; and Wednesday, November 17, 2021 at 10:00 a.m.

     **SO ORDERED.**

Dated: August 24, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge