```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDWARD LEA et al.,

                              Plaintiffs,

           -against-

TAL EDUCATION GROUP et al.,

                             Defendants.
-----------------------------------------------------------------X

**18-CV-5480 (KHP)**

**ORDER ADJOURNING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      In light of the final approval of the settlement filed on November 30, 2021, the Case Management Conference currently scheduled for **December 15, 2021** at 10:00 a.m. is hereby adjourned *sine die*.

      **SO ORDERED.**

Dated: November 30, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge